IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 18-18055 |
| Patricia H Nelson, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge Carol A. Doyle |

### DEBTOR'S MOTION TO REDACT

NOW COMES the Debtor, Patricia H Nelson, by and through her attorneys, Cutler and Associates, Ltd., and respectfully files this Motion (the "Motion") to redact and maintain under seal certain personal information contained within the Debtor's filed petition, dated 02/02/2018 pursuant to 11 U.S.C. 107(c)(1) and Rule 9037(a) of the Federal Rules of Bankruptcy Procedure. In support of this Motion, the Debtor respectfully represents as follows:

1. On June 26, 2018 Debtor filed her Chapter 13 petition.

2. As part of this petition Debtor personally signed the petition and accompanying schedules, including Official Form 121 Statement About Your Social Security Numbers.

3. That the Signature Page, Official Form 121 Statement About Your Social Security Numbers was filed along with the petition by error and contained the Debtor's Full Social Security Number.

4. The Signature Page, Official Form 121 Statement About Your Social Security Numbers, will be filed under the appropriate event on its own.

WHEREFORE, the Debtor, Patricia H Nelson, respectfully requests that this Honorable Court enter an Order redacting and placing under seal Signature Pages of the June 26, 2018 petition.

Respectfully submitted,

/s/ David H. Cutler
Attorney for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie Illinois 60076
(847) 673-8600