UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-18055 |
| Patricia H Nelson | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO REDACT

Pursuant to section II.A.4.b. of the Administrative Procedures for the Case Management/ Electronic Case Filing System, the motion to redact personal information is granted.

The clerk is hereby directed to remove the unredacted Official Form 121 Statement About Your Social Security Numbers document filed in error with the Voluntary on June 26, 2018.

Enter: *Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 7/17/18

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko